UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                               CRIMINAL ACTION

VERSUS                                                 NO: 09-154

STEVEN HEBERT                                          SECTION: R

### AMENDMENT TO ORDER AND REASONS

The Court hereby amends its November 6, 2014 order and reasons[1] denying Hebert's motion to vacate his plea under 28 U.S.C. § 2255 to reflect the following:

The Court will not issue a certificate of appealability. A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make this showing, a petitioner must demonstrate "that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Johnson v. Quarterman*, 483 F.3d 278, 284-85 (5th Cir. 2007) (quoting *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003)).

Hebert's motion does not satisfy these standards. After conducting an evidentiary hearing, the Court found that Hebert failed to satisfy either prong of his ineffective assistance of

---

[1] R. Doc. 152

counsel claim.[2] Accordingly, the Court finds that Hebert's argument does not amount to a substantial showing that his constitutional rights were compromised, nor that jurists of reason could disagree with the Court's resolution of his claim.

For the foregoing reasons, the Court will not issue a certificate of appealability.

New Orleans, Louisiana, this 14th day of November, 2014.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[2] *Id.* at 13-14.